FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 0 5 2015

JAMES W. McCORMACK, CLERK
By_____
L. P. CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

MARK SPAIGHT,             )
                                    )
        Plaintiff,          )
                                    )
vs.                               )      Case No. 4:15-cv-077-BSM
                                    )
LOWE'S HOME CENTERS, INC.,    )
                                    )      This case assigned to District Judge Miller
        Defendant.      )      and to Magistrate Judge Young

## NOTICE OF REMOVAL

In accordance with the provisions set forth in 28 U.S.C. § 1441, *et seq.*, notice of removal is given as follows: Lowe's Home Centers, Inc. *proper name, Lowe's Home Centers, LLC,* removes this action from the Circuit Court of Pulaski County, Case No. 60CV-15-56 ("State Court Action"), to this Court pursuant to 28 U.S.C. § § 1332 and 1441, *et seq.* Pursuant to 28 U.S.C. §1446, a copy of the District Court Docket Sheet is attached hereto as *Exhibit A.* Copies of all documents served and/or filed in the State Court Action are attached hereto as *Exhibits B-G.*

1. The Plaintiff alleges he was injured on Defendant's premises and damages were suffered in excess of $75,000.

2. This cause was filed in the Circuit Court of Pulaski County, State of Arkansas, on January 7, 2015. The Defendant was served with the Plaintiff's Complaint on January 12, 2015. The Plaintiff's Petition notes the damages are in excess of $75,000. Pursuant to 28 U.S.C. §1446(b), Defendant has filed this Notice of Removal within the required 30 days.

3.  Pursuant to 28 U.S.C. §1446(b), Defendant has filed this Notice of Removal within the required 30 days after receipt by the Defendant, "of a copy of an amended pleading, motion, order or other paper from which it may be first ascertained that the case is one which is or has become removable…"

4.  The Circuit Court for Pulaski County, the court in which this action is pending, is located within this Court's jurisdiction.

5.  Removal of this action is proper under 28 U.S.C. § 1441, *et seq.*, because this Court has original diversity jurisdiction over this matter, given that:

    a.  The amount in controversy exceeds $75,000.00, exclusive of interest or costs. On, January 12, 2015, the Plaintiff served his Petition on the Defendant. The Petition demanded damages in excess of $75,000.

    b.  Upon knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the Plaintiff is a resident of Arkansas.

    c.  Lowe's Home Centers, LLC, is a foreign Limited Liability Company existing under and by virtue of the laws of the State of North Carolina with its principal place of business in the City of Wilkesboro, State of North Carolina.

    d.  Accordingly, there is complete diversity of citizenship in this action, and this case is removable on that basis.

6.  Written notice of the filing of this Notice of Removal is being promptly given to the Plaintiff and a Notice of Filing of Notice of Removal is promptly being filed with the clerk of the Circuit Court of Pulaski County, as required by 28 U.S.C. § 1446(d).

For the reasons stated above, Defendant Lowe's Home Centers, LLC, removes this action from the Circuit Court of Pulaski County, to this Honorable Court.

JURY TRIAL DEMANDED

Respectfully submitted,

Mark T. Steele,
Oklahoma Bar # 14078
LATHAM, WAGNER, STEELE & LEHMAN
10441 S. Regal Blvd., Suite 200
Tulsa, OK 74133
(918) 970-2000
fax (918) 970-2002
msteele@lswsl.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4<u>th</u> day of February 2015, I mailed a true and correct copy of the foregoing document to:

Matthew E. Hartness
THE BRAD HENDRICKS LAW FIRM
500 C Pleasant Valley Dr.
Little Rock, AR 72227
*Attorney for Plaintiff*

## Report Selection Criteria

**Case ID:**           60CV-15-56
**Citation No:**
**Docket Start Date:**
**Docket Ending Date:**

## Case Description

**Case ID:**      60CV-15-56 - MARK SPAIGHT V LOWE'S HOME CENTERS, INC -*NON-TRIAL*
**Filing Date:**  Wednesday, January 07th, 2015
**Court:**        60 - PULASKI
**Location:**     CI - CIRCUIT
**Type:**         NO - NEGLIGENCE-OTHER
**Status:**       *none*
**Images:**

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 3 | | | PLAINTIFF/PETITIONER ATTORNEY | 1006128 | **HARTNESS, MATTHEW EUGENE** |
| | | | | Aliases: | HARTNESS, MATTHEW E.<br>HARTNESS, MATTHEW |
| | | | | | |
| 2 | | | PLAINTIFF | 12956831 | **SPAIGHT, MARK** |
| | | | | Aliases: | *none* |
| | | | | | |
| 1 | | | JUDGE | 7965389 | **HON. TIM FOX - 6TH DIVISION PULASKI CIRCUIT COURT** |
| | | | | Aliases: | FOX |

EXHIBIT

A

| 4 | | | DEFENDANT | 12956832 | LOWE'S |
|---|---|---|---|---|---|
| | | | | Aliases: | *none* |
| | | | | | |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 01/07/2015 01:57 PM | AOC COVERSHEET CIVIL | HARTNESS, MATTHEW EUGENE | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| | | | |
| 01/07/2015 01:57 PM | COMPLAINT/PETITION FILED $ | HARTNESS, MATTHEW EUGENE | |
| **Entry:** | *none.* | | |
| **Images** | WEB | | |
| | | | |
| 01/07/2015 01:57 PM | MOF ORIGINAL | HARTNESS, MATTHEW EUGENE | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |

| 01/07/2015 02:46 PM | PAYMENT RECEIVED | | |
|---|---|---|---|
| **Entry:** | A Payment of $165.00 was made on receipt 60CI184020. | | |
| **Images** | No Images | | |
| | | | |
| 01/07/2015 02:48 PM | SUMMONS - FILER PREPARED | | |
| **Entry:** | *none.* | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 01/09/2015 08:27 AM | SUMMONS - FILER PREPARED | | |
| **Entry:** | *none.* | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 01/13/2015 10:03 AM | RETURN OF SERVICE | | |
| **Entry:** | ON LOWE'S HOME CENTER, INC BY SERVING DENISE HOSTETLER ON 01/12/2015 @9:30AM | | |
| **Images** | <u>WEB</u> | | |
| | | | |
| 01/22/2015 08:16 AM | AFFIDAVIT OF SERVICE | HARTNESS, MATTHEW EUGENE | |
| **Entry:** | 1-12-15 TO: LOWE'S HOME CENTERS, INC ACCPETED BY: DENISE HOSTETLER | | |
| **Images** | <u>WEB</u> | | |
| | | | |

Multiple claims. If a complaint asserts multiple claims which involve different subject matter divisions of the circuit court, the cover sheet for that division which is most definitive of the nature of the case should be selected and completed.

ELECTRONICALLY FILED
2015-Jan-07  13:57:28
60CV-15-56
C06D06 : 1 Page

# COVER SHEET
# STATE OF ARKANSAS
# CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule  This form is required pursuant to Administrative Order Number 8  Instructions are located on the back of the form.

## FILING INFORMATION

County:  **PULASKI**              District: _____         Docket Number: _____

Judge: _____          Division: _____       Filing Date: _____

Plaintiff: **MARK SPAIGHT**                    Defendant: **LOWE'S HOME CENTERS, INC**

Attorney Providing Information:  **Matthew E. Hartness**        **THE BRAD HENDRICKS LAW FIRM, P.A.**
                                 A.B.N. 96005                   **500 C Pleasant Valley Drive**
■ Plaintiff   □ Defendant   □ Intervenor                       **Little Rock, AR  72227**
Litigant, if Pro Se: _____                               **(501) 221-0444 phone**
Related Case(s): Judge_____                              **(501) 661-0196 facsimile**

                                                               Address

**Type of Case:**

*Torts*
- □ (NM) Negligence: Motor Vehicle
- ■ (NO) Negligence: Other
- □ (BF) Bad Faith
- □ (FR) Fraud
- □ (MP) Malpractice
- □ (PL) Products Liability
- □ (OD) Other _____

*Contracts*
- □ (IS) Insurance
- □ (DO) Debt: Open Account
- □ (PN) Debt: Promissory Note
- □ (EM) Employment
- □ (OC) Other _____

*Equity*
- □ (FC) Foreclosure
- □ (QT) Quiet Title
- □ (IJ) Injunction
- □ (PT) Partition
- □ (OT) Other _____

*Miscellaneous*
- □ (CD) Condemnation
- □ (RE) Replevin
- □ (DJ) Declaratory Judgment
- □ (UD) Unlawful Detainer
- □ (IN) Incorporation
- □ (EL) Election
- □ (FJ) Foreign Judgment
- □ (WT) Writs_____
- □ (AA) Administrative Appeal
- □ (CF) Property Forfeiture
- □ (RD) Remove Disabilities
- □ (NC) Name Change
- □ (OM) Other _____

**Jury Trial Requested:** ■ Yes □ No        **Manner of Filing:**   ■ Original  □ Re-open  □ Transfer
                                                                    □ Return from Federal/Bankruptcy Court

## DISPOSITION INFORMATION

Disposition Date: _____          □ Bench Trial    □ Non Trial    □ Jury Trial

**Judgment Type:**              **Dismissal Type:**                **Other:**
- □ (DJ) Default Judgment       - □ (DW) Dismissed with Prejudice   - □ (TR) Transferred to Another Jurisdiction
- □ (SJ) Summary Judgment       - □ (DN) Dismissed without Prejudice - □ (RB) Removed to Bankruptcy Court
- □ (CJ) Consent Judgment                                           - □ (RF) Removed to Federal Court
- □ (TJ) Trial Judgment                                             - □ (AR) Arbitration
- □ (OJ) Other Judgment
- □ (PG) Petition Granted
- □ (PD) Petition Denied
- □ (DF) Decree of Foreclosure

**Judgment For:** □ Plaintiff  □ Defendant  □ Both     Judgment Amount: $ _____

Clerk's Signature _____          Date _____

EXHIBIT

B

ELECTRONICALLY FILED
2015-Jan-07 13:57:28
60CV-15-56
C06D06 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

MARK SPAIGHT                                                                    PLAINTIFF

vs.                                   Case No. _____

LOWE'S HOME CENTERS, INC.                                          DEFENDANT

## COMPLAINT

COMES the Plaintiff, Mark Spaight, and for his cause of action states:

1.       Plaintiff is a resident of Pulaski County, Arkansas.   His cause of action concerns tortuous injury occurring in Pulaski County, Arkansas.

2.       Defendant, Lowe's Home Centers, Inc., herein after referred to as "Lowe's", is a foreign corporation, incorporated and having its principal place of business in a State other than Arkansas.  Defendant, Lowe's, owns and operates a Lowe's store located in North Little Rock, Pulaski County, Arkansas.

3.       That this Court has jurisdiction over this matter and venue is proper herein.

4.       That on July 15, 2013, Plaintiff, Mark Spaight, was a business invitee at the Lowe's store in North Little Rock, Pulaski County, Arkansas.  While Plaintiff was visiting the store he was looking at merchandise when a Lowe's employee was stacking merchandise on a high shelf.  At that time the employee negligently pushed merchandise off of the shelf, forcing it to fall on and strike the Plaintiff.

5.       That as a result of the negligence of the Lowe's employee Plaintiff suffered personal injuries.

6.       That the injuries suffered by the Plaintiff resulted from negligence on the part of an unknown employee of Defendant.  Defendant is vicariously liable for any acts of negligence on the part of its employees.

EXHIBIT

c

_____

7.     That as a proximate result of the negligence of the Lowe's employee, Plaintiff claims the following damages:

        a.     permanent physical injuries,

        b.     medical expenses, past and future,

        c.     pain, suffering and mental anguish, past and future, and,

        d.     loss of earnings and earnings capacity.

8.     That Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff prays that upon trial of this matter he be awarded reasonable damages in an amount sufficient to compensate him for his damages sustained, with said amoutn being in excess of that required for federal court jurisdiction in diversity of citizenship cases, together with all other relief to which he may be entitled.

Respectfully submitted,

**THE BRAD HENDRICKS LAW FIRM**
500 C Pleasant Valley Dr.
Little Rock, AR  72227
(501) 221-0444
(501) 661-0196 (fax)

BY:    /s/ Matthew E. Hartness A.B.N 96005

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

MARK SPAIGHT
**Plaintiff(s)**

vs.                                                            No. _____

LOWE'S HOME CENTERS, INC
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
      Lowe's
      Jacob Erbach Store 1627
      4330 East McCain Boulevard
      North Little Rock, AR 72117

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.
Within 30 days after service of this summons on you (not counting the day you received it) — or
60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas
— you must file with the clerk of this court a written answer to the complaint or a motion under
Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and
address are:
      Matthew E. Hartness
      The Brad Hendricks Law Firm, P.A.
      500C Pleasant Valley Drive
      Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default will be entered
against you for the relief demanded in the complaint.

Address of Clerk's Office                          CLERK OF COURT

Civil Division
401 West Markham Street
Suite 120                                          _____
Little Rock, AR 72201                              [Signature of Clerk or Deputy Clerk]

                                      Date:_____

[SEAL]



EXHIBIT

D

No. _____   This summons is for _____ *(name of Defendant).*

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14
years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy
of the summons and complaint by first-class mail to the defendant together with two copies of a
notice and acknowledgment and received the attached notice and acknowledgment form within
twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ ____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**       MARK SPAIGHT V LOWE'S HOME CENTERS, INC

**Case Number:**   60CV-15-56

**Type:**              SUMMONS - FILER PREPARED

So Ordered

Kurt Schwarznau

Electronically signed by KGSCHWARZNAU on 2015-01-07 14:48:31     page 4 of 4

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

MARK SPAIGHT
**Plaintiff(s)**

vs.                                            No. _____

LOWE'S HOME CENTERS, INC.
**Defendant(s)**

SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

> Lowe's Home Centers, Inc.
> c/o The Corporation Company
> 300 S. Spring Street, Suite 900
> Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew E. Hartness
> The Brad Hendricks Law Firm, P.A.
> 500C Pleasant Valley Drive
> Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                    CLERK OF COURT

Civil Division
401 West Markham Street                      _____
Suite 120                                    [Signature of Clerk or Deputy Clerk]
Little Rock, AR 72201
                                             Date:_____

[SEAL]



**EXHIBIT**

E

No. _____   This summons is for _____ *(name of Defendant)*.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____[address] with _____[name], a person at least 14
years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
_____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy
of the summons and complaint by first-class mail to the defendant together with two copies of a
notice and acknowledgment and received the attached notice and acknowledgment form within
twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____               SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____               By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**     MARK SPAIGHT V LOWE'S HOME CENTERS, INC

**Case Number:**   60CV-15-56

**Type:**          SUMMONS - FILER PREPARED

So Ordered

*Christy R McDaniel*

Christy McDaniel

Electronically signed by CRMCDANIEL on 2015-01-09 08:27:37     page 4 of 4

ELECTRONICALLY FILED
2015-Jan-13  10:03:17
60CV-15-56
C06D06 : 5 Pages

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379    FAX 501-376-8479**

### PULASKI COUNTY CIRCUIT COURT

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 602CV-15-56

**Date Received:** 12-Jan-15

**Attorney:** Matthew E. Hartness

**Attorney:**

**Plaintiff:**  Mark Spaight

On Monday, January 12, 2015 at 09:30 AM I have duly served this

SUMMONS AND COMPLAINT

on Lowe's Home Centers, Inc. by the following manner of service:  by delivering a true copy
to: Denise Hostetler. Address where party served:  AFS: Corporation Service Company, 300
Spring Building, Suite 900, Little Rock, AR 72201.

Process server: Tim Sibert

Client No:
Fee: $55.00

Subscribed and sworn to before me on Monday, January 12, 2015

My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

ETHEL S. DAVIS
NOTARY PUBLIC
ARKANSAS

EXHIBIT

F



### IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### CIVIL DIVISION

MARK SPAIGHT
**Plaintiff(s)**

vs.                                              No. _____

LOWE'S HOME CENTERS, INC.
**Defendant(s)**

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**
    Lowe's Home Centers, Inc.
    c/o The Corporation Company
    300 S. Spring Street, Suite 900
    Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Matthew E. Hartness
    The Brad Hendricks Law Firm, P.A.
    500C Pleasant Valley Drive
    Little Rock, Arkansas 72227

If you fail to respond within the applicable time period, judgment by default will be entered against you for the relief demanded in the complaint.

Address of Clerk's Office                    CLERK OF COURT

Civil Division
401 West Markham Street
Suite 120                          _____
Little Rock, AR  72201             [Signature of Clerk or Deputy Clerk]

                                   Date:_____

[SEAL]

No. _____   This summons is for _____ *(name of Defendant)*.

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____
_____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____
_____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at
_____ [address] with _____ [name], a person at least 14
years of age who resides there, on _____ [date]; or

☑ I delivered the summons and complaint to *C/o Denise Hosteler* [name of individual], an
agent authorized by appointment or by law to receive service of summons on behalf of
*Corporation Service Company* [name of defendant] on *1/12/15  9:30Am* [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the
summons and complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy
of the summons and complaint by first-class mail to the defendant together with two copies of a
notice and acknowledgment and received the attached notice and acknowledgment form within
twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

                               By: _____
                               [Signature of server]

                               _____
                               [Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____            By: _____
                               [Signature of server]

                               _____
                               [Printed name]

Address: _____

         _____

Phone: _____

Subscribed and sworn to before me this date: _____

                               _____
                               Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**         MARK SPAIGHT V LOWE'S HOME CENTERS, INC

**Case Number:**      60CV-15-56

**Type:**                SUMMONS - FILER PREPARED

So Ordered

*Christy R McDaniel*

Christy McDaniel

Electronically signed by CRMCDANIEL on 2015-01-09 08:27:37    page 4 of 4

ELECTRONICALLY FILED
2015-Jan-22  08:16:16
60CV-15-56
C06D06 : 1 Page

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379   FAX 501-376-8479**

## PULASKI COUNTY CIRCUIT COURT

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:** 602CV-15-56

**Date Received:** 12-Jan-15

**Attorney:** Matthew E. Hartness

**Attorney:**

**Plaintiff:** Mark Spaight

On Monday, January 12, 2015 at 09:30 AM I have duly served this

SUMMONS AND COMPLAINT

on Lowe's Home Centers, Inc. by the following manner of service:  by delivering a true copy to: Denise Hostetler. Address where party served:  AFS: Corporation Service Company, 300 Spring Building, Suite 900, Little Rock, AR 72201.

Process server: Tim Sibert

Client No:

Fee: $55.00

Subscribed and sworn to before me on Monday, January 12, 2015

My Commission expires 12/10/2020

Ethel S. Davis, Notary Public

ETHEL S. DAVIS
NOTARY PUBLIC
ARKANSAS
PULASKI COUNTY
MY COMM EXPIRES 12/10/2020

EXHIBIT

G

Jan 12 2015 5:03PM HP Fax 501-376-8379