IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARK SPAIGHT**                                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:15CV00077 BSM**

**LOWE'S HOME CENTERS, INC.**                                                    **DEFENDANT**

### JUDGMENT

Consistent with the order entered this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of April 2015.

_____
UNITED STATES DISTRICT JUDGE